**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 96-7073**

—————————

JERRY WAYNE MOORE,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; LINWOOD T. WELLS,
JR., Assistant Attorney General of Virginia;
COUNTY OF PRINCE WILLIAM, VIRGINIA; CITY OF
MANASSAS; PAUL EBERT, Assistant Commonwealth
Attorney; WILSON C. GARRISON, Sheriff, Prince
William County, Virginia; DAVID C. MABIE,
Prince William Circuit Court Clerk; PRINCE
WILLIAM COUNTY POLICE DEPARTMENT; EDWARD R.
FOX, Commonwealth Attorney,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CA-96-884-AM)

—————————

Submitted: September 5, 1996      Decided: September 17, 1996

—————————

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jerry Wayne Moore, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Moore v. Virginia</u>, No. CA-96-884-AM (E.D. Va. June 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>